**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACK BANKS, III**                                                                              **PETITIONER**

**v.**                                                 **NO. 4:25-cv-00861-JM**

**DEXTER PAYNE**                                                                            **RESPONDENT**

<u>ORDER</u>

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jack Banks, III, ("Banks") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability should also be denied. Banks cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE