**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACK BANKS, III**                                                    **PETITIONER**

**v.**                                        **NO. 4:25-cv-00861-JM**

**DEXTER PAYNE**                                              **RESPONDENT**


JUDGMENT


Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 4th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE